IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 16-58414-BEM |
| | ) | |
| ROBERT RICHARD PAGNIELLO | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | |

**MOTION TO SUSPEND PLAN PAYMENTS FOR
JANUARY, FEBRUARY AND MARCH 2019**

COMES NOW THE DEBTOR, ROBERT RICHARD PAGNIELLO, in the above-styled Chapter 13 case, by and through counsel, and files this "Motion to Suspend Plan Payments for January, February and March 2019" ("Motion"), showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on May 12, 2016. Debtor's Chapter 13 Plan was confirmed by this Court on December 6, 2016.

5.

Since the filing of this case, Debtor has been diagnosed with cancer. Debtor is a self-employed attorney and is unable to work or only work on a very limited basis due to the necessary surgery and treatments, numerous doctor visits and recovery time.

6.

Debtor requests the Court suspend Debtor's monthly Chapter 13 payments for January, February and March 2019, with a matching reduction in Plan base. Debtor will resume Chapter 13 plan payments in April 2019.

WHEREFORE, Debtor prays:

(a) That this Motion to be filed, read, and considered:

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

/s/
Howard Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
17th Floor
Atlanta, GA 30339
404-800-4001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 16-58414-BEM |
| | ) | |
| ROBERT RICHARD PAGNIELLO | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | |

### NOTICE OF PLEADING, DEADLINE TO OBJECT AND FOR HEARING

ROBERT RICHARD PAGNIELLO has filed a MOTION TO SUSPEND PLAN PAYMENTS FOR JANUARY, FEBRUARY AND MARCH 2019. Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta, Georgia 30303, and serve a copy on the Debtors' attorney, Howard P. Slomka, Slipakoff & Slomka, P.C., 2859 Paces Ferry Rd, SE, Suite 1700, Atlanta, GA 30339, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**A hearing on the motion has been scheduled for March 27, 2019, at 11:00 A.M., in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**. If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: February 21, 2019

/s/

Howard Slomka, Esq.
Georgia Bar #652875
Attorney for Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
17th Floor
Atlanta, GA 30339

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 16-58414-BEM |
| | ) | |
| ROBERT RICHARD PAGNIELLO | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing MOTION TO SUSPEND PLAN PAYMENTS FOR JANUARY, FEBRUARY AND MARCH 2019 AND NOTICE OF PLEADING, DEADLINE TO OBJECT AND FOR HEARING in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Robert Richard Pagniello
971 Streamwater Cove
Lawrenceville, GA 30045

SEE ATTACHED FOR ADDITIONAL LIST OF CREDITORS

Dated: February 21, 2019

_____/s/_____

Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
17th Floor
Atlanta, GA 30339

```
Label Matrix for local noticing              Afni                                         American InfoSource LP as agent for
113E-1                                       1310 Martin Luther King Dr                   DIRECTV, LLC
Case 16-58414-bem                            Bloomington, IL 61701-1465                   PO Box 5008
Northern District of Georgia                                                              Carol Stream, IL  60197-5008
Atlanta
Thu Feb 21 09:42:46 EST 2019

Bank Of America                              Bank of America                              Collection Receivables
Nc4-105-03-14                                Attn: Correspondence Unit/CA6-919-02-41      1835 Central Ave
Po Box 26012                                 Po Box 5170                                  Augusta, GA 30904-5734
Greensboro, NC 27420-6012                    Simi Valley, CA 93062-5170


Ditech Financial LLC                         Ditech Financial LLC                         Abbey Ulsh Dreher
Timothy D. Padgett, P.A.                     P.O.Box 6154                                 Barrett Daffin Frappier Turner Engel LLP
c/o Evan S. Singer                           Rapid City, SD 57709-6154                    Suite 100
6267 Old Water Oak Rd                                                                     4004 Belt Line Road
ste 203                                                                                   Addison, TX 75001-4320
Tallahassee, FL 32312-3858

INTERNAL REVENUE SERVICE                     (p)INTERNAL REVENUE SERVICE                  Jeremy A. Moulton
PO BOX 7346                                  CENTRALIZED INSOLVENCY OPERATIONS            925 Railroad Street
PHILADELPHIA, PA 19101-7346                  PO BOX 7346                                  Conyers, GA 30012-5259
                                             PHILADELPHIA PA 19101-7346


Robert Richard Pagniello                     Dean R. Prober                               K. Edward Safir
971 Streamwater Cove                         Prober & Raphael, A Law Corporation          Mary Ida Townson
Lawrenceville, GA 30045-8663                 Suite 100                                    Suite 2200
                                             20750 Ventura Blvd.                          191 Peachtree Street, NE
                                             Woodland Hills, CA 91364-6207                Atlanta, GA 30303-1770


Evan S. Singer                               Howard P. Slomka                             Stacy L. Burton
Padgett Law Group                            Slipakoff & Slomka, PC                       c/o Berman Fink Van Horn, P.C.
6267 Old Water Oak Road                      Overlook III - Suite 1700                    Attn: Charles H. Van Horn
Suite 203                                    2859 Paces Ferry Rd, SE                      3475 Piedmont Rd, NE, Ste 1100
Tallahassee, FL 32312-3858                   Atlanta, GA 30339-6213                       Atlanta, GA 30305-6400


The Bank of New York Mellon                  The Bank of New York Mellon, et al           Mary Ida Townson
c/o Bank of America, N.A.                    c/o Carrington Mortgage Services, LLC        Chapter 13 Trustee
Attn: Bankruptcy Department                  1600 South Douglass Road                     Suite 2200
P.O. Box 31785                               Anaheim, CA 92806-5948                       191 Peachtree Street, NE
Tampa, FL 33631-3785                                                                      Atlanta, GA 30303-1770


U. S. Attorney                               Charles H. Van Horn
600 Richard B. Russell Bldg.                 Berman Fink Van Horn, P.C.
75 Ted Turner Drive, SW                      3475 Piedmont Rd., NE
Atlanta GA 30303-3315                        Suite 1100
                                             Atlanta, GA 30305-6400
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Internal Revenue Service
5240 Snapfinger Park Drive
Stop 306-D Suite 190
Decatur, GA 30035
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Stacy L. Burton | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III, Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 |
| (u)The Bank of New York Mellon | End of Label Matrix<br>Mailable recipients   22<br>Bypassed recipients    4<br>Total                 26 | |