**IT IS ORDERED as set forth below:**

**Date: November 7, 2022**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: ROBERT RICHARD PAGNIELLO, | CASE NUMBER: 16-58414-bem |
| Debtor. | CHAPTER 13 |

### ORDER AND NOTICE OF HEARING FOR DEBTORS TO SHOW CAUSE WHY CASE SHOULD NOT BE CLOSED WITHOUT ENTRY OF DISCHARGE

The docket reflects that the Chapter 13 Trustee filed a notice of plan completion and final report and accounting (Docket Nos. 71 & 74). Because the Debtor has failed to file (1) the 11 U.S.C. § 1328 Certificate and (2) certificate showing completion of an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1), the Court is unable to enter a discharge. Accordingly, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Debtor shall appear and show cause why this bankruptcy case should not be closed without entry of a discharge on **November 30, 2022** at **10:00 am** in Courtroom 1402, Richard B. Russell Federal Building and

United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. *The calendar call will be telephonic and matters to heard will be heard in Judge Ellis-Monro's virtual hearing room. Please check Judge Ellis-Monro's website (*[https://www.ganb.uscourts.gov/content/honorable-barbara-ellis-monro-chief-judge](https://www.ganb.uscourts.gov/content/honorable-barbara-ellis-monro-chief-judge)*) prior to the hearing for information about procedures.* If the Debtor files all necessary documents prior to the hearing date, the matter shall be removed from the calendar. If all necessary documents are not filed at the time set for hearing, absent further order of the Court, the Clerk is authorized to close this case without the entry of a discharge.

The Clerk is directed to serve copies of this Order and Notice upon the Debtor, counsel for the Debtor, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**